No. 10–6886.  ROSADO-TORO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 10–6935.  JENKINS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 10–6989.  STUART *v.* IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 10–7062.  SILVA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–7134.  JILES *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. 8th Cir.  Certiorari denied.

No. 10–7186.  ARMIJO, AS PARENT AND BEST FRIEND OF ARMIJO SANCHEZ *v.* PETERSON ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–7208.  FOXWORTH *v.* PEPE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT CEDAR JUNCTION.  C. A. 1st Cir.  Certiorari denied.

No. 10–7222.  WEST *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 10–7236.  CALHOUN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–7269.  MCGEHEE *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 10–7274.  WIDEMAN *v.* COLORADO ET AL.  C. A. 10th Cir. Certiorari denied.

No. 10–7287.  BOYD *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 10–7350.  MOYERS-SAENZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–7351.  RODRIGUEZ-ALVARADO *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.